Hon. Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR12-130MJP |
| ) | |
| vs. ) | DEFENDANT DYLON MARLER'S MOTION TO SEAL SENTENCING MEMO |
| Dylon Marler ) | |
| ) | |
| Defendant. ) | |
| ——————————————— ) | HEARING November 9, 2012 at 3:30 pm |

Comes now defendant Dylon Marler, through his undersigned counsel, and hereby moves to seal his Sentencing Memo for the reasons identified in that pleading. Since the Sentencing Memo contains discussion of sensitive and confidential medical information, we ask that it be sealed permanently.

RESPECTFULLY SUBMITTED, this 5 [th] day of November , 2012

_s/s_____
John W. Lundin
Appointed Counsel for Defendant Marler

Defendant Marler's Motion to Seal         - 1

Law Offices of John W. Lundin, P.S.
710 Cherry Street
Seattle WA  98104
(206) 623-8346

## CERTIFICATION OF SERVICE

On November 5, 2012, I caused this document to be electronically filed with the United States District Court for the Western District of Washington at Seattle. I declare under penalty of perjury that the foregoing is true and correct.

November 5 , 2012, at Seattle Washington

                                                                         _____s/s_____

                                                                          John W. Lundin